JENNIFER SCHWARTZ (SBN135932)
LAW OFFICES OF JENNIFER SCHWARTZ
1299 Fourth Street, Suite 307
San Rafael, California 94901
Telephone: (415) 460-2888
Facsimile: (415) 460-2730
Email: jenniferschwartz@sbcglobal.net

Attorney for Defendant
JOSE ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-0664 YGR |
| Plaintiff, | STIPULATION TO CONTINUE ARRAIGNMENT DATE AND [PROPOSED] ORDER |
| v. | |
| JOSE ESQUIVEL, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the current date for arraignment before Magistrate Judge Ryu on the First Superseding Indictment of November 8, 2012 and setting a new arraignment date for November 15, 2012, at 9:30 a.m. and excluding time under the Speedy Trial Act to November 15, 2012. The parties agree and stipulate, and the Court finds and holds, as follows:

1. The defendant, Jose Esquivel, was indicted on September 11, 2012 on one count of violating 21 U.S.C. §§ 846 (conspiracy to distribute a controlled substance) and 841(a)(1) (distribution of heroin), three counts of violating 21 U.S.C. §§ 841(a)(1)(distribution of heroin on

particular dates) and one count of violating 21 U.S.C. § 924(c)(possession of a firearm in furtherance of drug trafficking).

2. On October 30, 2012, the government filed a First Superseding Indictment, charging defendant Esquivel and codefendant Donald Mills with additional counts of violating 21 U.S.C. §§ 841(a)(1), adding specific controlled substance weight allegations, adding forfeiture allegations, and alleging a violation of 18 U.S.C. §§ 922(g)(1) as to codefendant Mills. Additional discovery related to the new charges in the First Superseding Indictment has been provided to the parties.

3. Arraignment on the First Superseding Indictment was originally set before Magistrate Judge Ryu for November 8, 2012. However, defense counsel now has a scheduling conflict at that date and time. Additionally, defense counsel needs more time to review the new allegations in light of both the discovery previously provided and the additional discovery before entering a plea. Accordingly, the parties respectfully, request that the current date for arraignment on the First Superseding Indictment of November 8, 2012 be continued until November 15, 2012 at 9:30 a.m. in order to allow counsel adequate time to prepare for the entry of a plea and to accommodate the scheduling conflict.

4. Taking into account the public interest in the prompt disposition of criminal cases, the above-stated ground is good cause for excluding time under the Speedy Trial Act. Failure to grant the continuance would deny the defense time for effective preparation and representation.

5. Accordingly, with the consent of the defendant, the Court hereby: (a) continues the November 8, 2012 arraignment date until November 15, 2012 at 9:30 a.m. and (b) orders that the period from today until November 8, 2012 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161.

STIPULATION TO CONTINUE ARRAIGNMENT DATE AND [PROPOSED] ORDER
Case No. CR 12-0664 YGR
2

IT IS SO STIPULATED:

Dated: November 7, 2012                                  /s/
                                                WILSON LEUNG
                                                Assistant United States Attorney

Dated: November 7, 2012                                  /s/
                                                JENNIFER SCHWARTZ, (SBN 135932)
                                                Attorney for Defendant
                                                JOSE ESQUIVEL

IT IS SO ORDERED.

DATED: 11/7/12                                  _____
                                                HON. DONNA M. RYU
                                                United States District Court Magistrate Judge
                                                Northern District of California